CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ezequiel Rodriguez**<br>YOB: 1988; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-09010MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 28, 2020, at or near Three Points, in the District of Arizona, **Ezequiel Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on March 20, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Ezequiel Rodriguez** is a citizen of Mexico. On March 20, 2015, **Ezequiel Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On October 28, 2020, agents found **Ezequiel Rodriguez** in the United States at or near Three Points, Arizona, without the proper immigration documents. **Ezequiel Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/AJC<br>AUTHORIZED AUSA /s/ Julie Sottosanti<br>Digitally signed by JULIE SOTTOSANTI<br>Date: 2020.10.29 09:39:57 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>October 29, 2020 |

¹⁾ See Federal rules of Criminal Procedure Rules 3, 4, and 54